IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 3:13-CR-72 |
| | ) | |
| LOVELL TYSHON RITCHIE, | ) | |
| a/k/a "SNAXX," | ) | |
| a/k/a "SNAX," | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

The United States and the defendant, Lovell Tyshon Ritchie, agree that had this matter proceeded to trial, the United States would have proven the facts set forth herein beyond a reasonable doubt.

1. Between approximately July 2011 and March 2012, within the Eastern District of Virginia and elsewhere, Ritchie unlawfully, knowingly, and intentionally combined, conspired, confederated, and agreed with others to distribute cocaine base, commonly known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

2. Ritchie is a member of the Nine Trey Gangsters ("NTG") criminal street gang, a set of the United Blood Nation.

3. NTG is organized into "line-ups." There are at least three active line-ups in Virginia. Each line-up is run by a "High Stain," a "Low Stain," and generals. The lowest

ranking members are soldiers. The NTG line-ups report to two "Godfathers," both of whom are located in New York.

4. Ritchie is a member of the Virginia-Maryland-District of Columbia-area line-up and holds the rank of a five-star general.

5. Ritchie, and many other members of NTG, were involved in the sale of narcotics.

6. On or about June 12, 2012, Ritchie and another gang member and co-conspirator, H.S., together obtained approximately one half-ounce of crack cocaine from a drug supplier for further distribution.

7. On or about June 24, 2012, in furtherance of the conspiracy, H.S. directed Ritchie to sell crack cocaine to a drug customer.

8. On or about September 25, 2012 and October 10, 2012, Ritchie sold a total of approximately six ounces of crack cocaine to a cooperating source.

9. Ritchie was personally involved in the distribution of, and it was reasonably foreseeable to Ritchie that his co-conspirators would distribute in furtherance of the conspiracy, at least 280 grams, but less than 840 grams of crack cocaine.

10. Ritchie was incarcerated, on unrelated charges, for approximately seven months during the conspiracy.

11. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the government. It does not include each and every fact known to the defendant or the government, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

12. The actions of the defendant as recounted above were in all respects knowing and deliberate, and were not committed by accident, mistake, or other innocent reason.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: _____
Angela Mastendrea-Miller
Adam B. Schwartz
Marc J. Birnbaum
Attorneys for the United States of America

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, Lovell Tyshon Ritchie and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

                                                                                    Lovell Tyshon Ritchie
                                                                                    Defendant

I am counsel for Lovell Tyshon Ritchie. I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, her decision to stipulate to these facts is an informed and voluntary one.

                                                                                    Charles James, Esq.
                                                                                    Counsel for Lovell Tyshon Ritchie