Nov. 18, 2014

To whom it may concern,

**RECEIVED**
**NOV 25 2014**
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Hello my name is Lovell Ritchie. I am writing in regards to my docket sheets. I was sentenced on Dec. 13, 2013 my register number is 81884-083. Can I have a copy sent to me please? Thank you for your time.

Sincerely,
[signature]
11/18/14

Lovell Ritchie
Federal Correctional Institution
P.O. Box 725
Edgefield, SC 29824

AUGUSTA GA 309
19 NOV 2014 PM 2 L

⇔81884-083⇔
Court Of Clerks Office
701 E Broad ST
Richmond, VA 23219
United States

U.S. MARSHALS SERVICE INSPECTED

23219 1833